UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA PENSION PLAN, TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA DEFINED CONTRIBUTION TRUST FUND, TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA HEALTH TRUST FUND, TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA SUPPLEMENTAL UNEMPLOYMENT BENEFIT TRUST FUND, TRUSTEES OF THE LOS ANGELES COUNTY ELECTRICAL EDUCATIONAL AND TRAINING TRUST FUND, TRUSTEES OF THE NATIONAL ELECTRICAL BENEFIT FUND, TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA LABOR-MANAGEMENT COOPERATION COMMITTEE, TRUSTEES OF THE NATIONAL NECA-IBEW LABOR-MANAGEMENT COOPERATION COMMITTEE TRUST FUND, NATIONAL ELECTRICAL INDUSTRY FUND, and LOS ANGELES ELECTRICAL WORKERS CREDIT UNION, | Case No. 5:20-cv-02304-JGB-SHK<br><br>**AMENDED JUDGMENT** |
| Plaintiffs, | |
| v. | |
| CICO ELECTRICAL CONTRACTORS, INC., a California corporation; and CECILIO ANTHONY JUARE, an individual, | |
| Defendants. | |

1

**AMENDED JUDGMENT**

This action having been commenced on November 4, 2020, and the Court having approved the Stipulation to Add Party Defendant and for Entry of an Amended Judgment in favor of Plaintiffs and against Defendants, Cico Electrical Contractors, Inc., a California corporation, and Anthony Juare, an individual, and for good cause shown,

The original Judgment entered by this Court on March 4, 2021, is hereby amended *nunc pro tunc* as follows:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:**

Plaintiffs, Trustees of the Southern California IBEW-NECA Pension Plan, Trustees of the Southern California IBEW-NECA Defined Contribution Trust Fund, Trustees of the Southern California IBEW-NECA Health Trust Fund, Trustees of the Southern California IBEW-NECA Supplemental Unemployment Benefit Trust Fund, Trustees of the Los Angeles County Electrical Educational and Training Trust Fund, Trustees of the National Electrical Benefit Fund, Trustees of Southern California IBEW-NECA Labor-Management Cooperation Committee, Trustees of the National NECA-IBEW Labor-Management Cooperation Committee Trust Fund, National Electrical Industry Fund, and Los Angeles Electrical Workers Credit Union, shall recover from Defendants, Cico Electrical Contractors, Inc., a California corporation, and Anthony Juare, an individual, jointly and severally, the principal amount of $214,018.55, plus pre-judgment and post-judgment interest thereon at the rate of 8% per annum from February 1, 2021, until paid in full.

Dated: March 26, 2025

_____
HONORABLE JESUS G. BERNAL
UNITED STATES DISTRICT COURT JUDGE

2
**AMENDED JUDGMENT**

1949916