# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA PENSION PLAN, TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA DEFINED CONTRIBUTION TRUST FUND, TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA HEALTH TRUST FUND, TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA SUPPLEMENTAL UNEMPLOYMENT BENEFIT TRUST FUND, TRUSTEES OF THE LOS ANGELES COUNTY ELECTRICAL EDUCATIONAL AND TRAINING TRUST FUND, TRUSTEES OF THE NATIONAL ELECTRICAL BENEFIT FUND, TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA LABOR-MANAGEMENT COOPERATION COMMITTEE, TRUSTEES OF THE NATIONAL NECA-IBEW LABOR-MANAGEMENT COOPERATION COMMITTEE TRUST FUND, NATIONAL ELECTRICAL INDUSTRY FUND, and LOS ANGELES ELECTRICAL WORKERS CREDIT UNION,<br><br>      Plaintiffs,<br><br>      v.<br><br>CICO ELECTRICAL CONTRACTORS, INC., a California corporation; and CECILIO ANTHONY JUARE, an individual,<br><br>      Defendants. | Case No. 5:20-cv-02304-JGB-SHK<br><br>ASSIGNED TO THE HONORABLE JESUS G. BERNAL<br><br>**SECOND AMENDED JUDGMENT** |

This action having been commenced on November 4, 2020, and the Court having approved the Stipulation for Entry of Second Amended Judgment in favor of Plaintiffs and against Defendants, and for good cause shown,

The original Judgment entered by this Court on March 4, 2021, is hereby amended a second time *nunc pro tunc* as follows:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:**

Plaintiffs, Trustees of the Southern California IBEW-NECA Pension Plan, Trustees of the Southern California IBEW-NECA Defined Contribution Trust Fund, Trustees of the Southern California IBEW-NECA Health Trust Fund, Trustees of the Southern California IBEW-NECA Supplemental Unemployment Benefit Trust Fund, Trustees of the Los Angeles County Electrical Educational and Training Trust Fund, Trustees of the National Electrical Benefit Fund, Trustees of Southern California IBEW-NECA Labor-Management Cooperation Committee, Trustees of the National NECA-IBEW Labor-Management Cooperation Committee Trust Fund, National Electrical Industry Fund, and Los Angeles Electrical Workers Credit Union, shall recover from Defendants, Cico Electrical Contractors, Inc., a California corporation, and Cecilio Anthony Juare, an individual, jointly and severally, the principal amount of $214,018.55, plus pre-judgment and post-judgment interest thereon at the rate of 8% per annum from February 1, 2021, until paid in full.

Dated: May 2, 2025

HONORABLE JESUS G. BERNAL
UNITED STATES DISTRICT COURT JUDGE